UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLYN PLUMMER,<br><br>*Plaintiff*,<br><br>v.<br><br>GALLAUDET UNIVERSITY,<br><br>*Defendant*. | Civil Action No. 24-00779 (AHA) |

## Order

This matter is before the Court on Defendant's Motion to Dismiss, ECF No. 33. Plaintiff Nicolyn Plummer, who is proceeding pro se, is advised of the following:

Before the Court rules on Defendant's motion to dismiss, you are entitled to file a memorandum and supporting material in response. Under this Court's local rules, a party opposing a motion must serve and file a memorandum of points and authorities in opposition within fourteen days of the date of service of the motion or "at such other time as the Court may direct." Local Civ. R. 7(b). Here, the Court directs that your response must be filed on or before **April 25, 2025**. If you fail to respond to Defendant's motion in the time provided, the Court may (1) treat the motion as conceded, *id.*; (2) rule on Defendant's motion based on Defendant's arguments alone and without considering your arguments; or (3) dismiss your claims for failure to prosecute, *see Bristol Petroleum Corp. v. Harris*, 901 F.2d 165, 167 (D.C. Cir. 1990). Further, if you oppose the motion but address only some of Defendant's arguments, the Court may treat the arguments that you failed to address as conceded. *See Xenophon Strategies, Inc. v. Jernigan Copeland & Anderson, PLLC*, 268 F. Supp. 3d 61, 72 (D.D.C. 2017); *Hopkins v. Women's Div., Gen. Bd. of*

*Glob. Ministries*, 284 F. Supp. 2d 15, 25 (D.D.C. 2003) ("It is well understood in this Circuit that when a plaintiff files an opposition to a dispositive motion and addresses only certain arguments raised by the defendant, a court may treat those arguments that the plaintiff failed to address as conceded."), *aff'd*, 98 F. App'x 8 (D.C. Cir. 2004).

Accordingly, the Court directs you to file a brief in opposition to Defendant's motion to dismiss, ECF No. 33, on or before **April 25, 2025**. If you do not file a response to Defendant's motion within the time provided, the Court may treat the motion as conceded, rule on the motion to dismiss based on Defendant's arguments alone and without considering any arguments that you may later wish to raise, or dismiss your claims for failure to prosecute.

**SO ORDERED.**

                                              _____
                                              Amir H. Ali
                                              United States District Judge

Date:   April 4, 2025