UNITED STATES DISTRICT COURT
For the DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Plummer** | ) | |
| **Plaintiff** | ) | **Case No: 1:24-cv-00779** |
| | ) | **Jury Trial: Yes** |
| **v.** | ) | |
| | ) | |
| **Gallaudet University** | ) | |
| **Defendant** | ) | |

## Notice of Appeal

1. Notice is hereby given that Plaintiff, proceeding pro se, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the order entered on June 16, 2025, in which the District Court dismissed the civil case without prejudice and denied appointment of counsel.

2. Pursuant to 28 U.S.C. § 1915(e)(1), Plaintiff respectfully requests that the Court appoint counsel in this civil matter.



**RECEIVED**

JUN 26 2025

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

## CERTIFICATE OF SERVICE

Plaintiff hereby certify that on June 26, 2025, foregoing motion for recruitment of counsel with the Clerk of Courts by using intake email attachment.

| | |
|---|---|
| June 26, 2025 | Respectfully submitted |
| | Nicolyn Plummer |